FILED
JUN 2 4 20
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. |
| ) | |
| PETER PANOUZIS, ) | **4:15CR00301 CEJ/SPM** |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between on or about March 9, 2015 and on or about March 12, 2015, in the Eastern District of Missouri, and elsewhere,

**PETER PANOUZIS,**

the defendant herein, willfully and unlawfully concealed, removed, mutilated, and destroyed, and attempted to conceal, remove, mutilate, and destroy, a record and document filed and deposited in a public office of the United States and with a public officer of the United States, that is Selective Service documents and records filed and deposited with the National Archives and Records Administration.

In violation of Title 18, United States Code, Sections 2071(a) and 2.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
CHARLES S. BIRMINGHAM, #47134MO
Assistant United States Attorney